**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date: September 1, 2026

| | | |
|---|---|---|
| SEHAJPREET SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-02180-JD |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

Counsel for Petitioner, Mantaj Hans, is directed to file an Entry of Appearance conforming to LCvR83.4 not later than **Tuesday, September 8, 2026**.

The Court previously ordered Petitioner's counsel to file an Entry of Appearance. [Doc. No. 5]. Petitioner's counsel is also required to enter an appearance by the Local Civil Rules. *See* LCvR83.4 ("An attorney appearing for a party in a civil case shall enter an appearance by signing and filing an entry of appearance on the form prescribed by the clerk of this court. . . .").

**Should Petitioner fail to comply with this second order and the Court's deadline of Tuesday, September 8, 2026, the Court will dismiss this action without prejudice to refiling for failure to comply with Court orders and the Local Civil Rules, without further warning and without further opportunity to cure**.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By: /s/Carol Ditta
Deputy Clerk